| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:01 - 11:02 |

❏ **ARRAIGNMENT**   ❏ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr004-W   **DEFENDANT NAME:** Tongenetta Edwards
**AUSA:** Neal Frazier   **DEFENDANT ATTORNEY:**
Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( )NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE**.
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ❏ **Not Guilty**
   ❏ **Guilty as to:**
      ❏ **Count(s):**
      ❏ **Count(s):**         ❏ dismissed on oral motion of USA
               ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count**
❏ **MISDEMEANOR CRIMINAL TERM:**   ❏ **WAIVER OF SPEEDY TRIAL** filed.
      **DISCOVERY DISCLOSURE DATE:**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
      ❏ Defendant requests time to secure new counsel

**Government's ORAL MOTION to continue to May 16, 2006 Misdemeanor Arraignment docket.**
**ORAL ORDER *GRANTING* Government's Oral Motion to continue.**